UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT WILLIAM DAVIS,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. 20-cv-04022-JD<br><br>**ORDER OF DISMISSAL** |

Petitioner, a state prisoner, has filed a habeas petition. Petitioner was sent a notice that he had not paid the filing fee or submitted an application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed and petitioner has not paid the fee, filed an application to proceed IFP or otherwise communicated with the Court. Therefore, this case is **DISMISSED** without prejudice. A certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 13, 2020

JAMES DONATO
United States District Judge